HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division
ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division
JEFFREY MORRISON
Acting Chief, Employment Litigation Section
HILARY PINION
Acting Principal Deputy Chief, Employment Litigation Section
CARL D. WASSERMAN (DC Bar No. 459038)
Trial Attorney, Employment Litigation Section
BESA BUCAJ
Trial Attorney, Employment Litigation Section
U.S. Department of Justice
Civil Rights Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    (202) 702-8186
    Carl.Wasserman2@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
    300 North Los Angeles Street, Suite 7516
    Los Angeles, CA 90012
    (213) 894-2464
    Julie.Hamill@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-cv-01946 |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | **(**Related to 2:24-cv-04702-MCS-PD And 2:25-cv-03714-MCS-JC) |
| Defendant. | |

1

Plaintiff United States of America hereby notifies the Court of Related Cases pursuant to Local Rule 83-1.3.1. The first related case, *Frankel v. Regents of the Univ. of Cal.*, No. 2:24-cv-04702-MCS-PD, was filed in the United States District Court for the Central District of California on June 5, 2024, and closed on July 18, 2025. In that case, individual plaintiffs brought claims against the Regents of the University of California and individual defendants for deprivation of civil rights under 42 U.S.C. §1983, violations of Title VI of the Civil Rights Act of 1964 under 42 U.S.C. § 2000d, and related claims in connection with pervasive antisemitism on the University of California Los Angeles (UCLA) campus. That case arises from the same or a closely related transaction, happening, or event.

The second related case, *Weinberg v. National Students for Justice in Palestine*, No. 2:25-cv-03714-MCS-JC, was filed in the United States District Court for the Central District of California on April 25, 2025. In that case, individual plaintiffs brought claims against activist organizations for civil rights conspiracy under 42 U.S.C. § 1985 and failure to prevent civil rights conspiracy under 42 U.S.C. § 1986, in connection with pervasive antisemitism on the UCLA campus. That case arises from the same or a closely related transaction, happening, or event. Indeed, many of the antisemitic events that occurred in that case generally, and specifically regarding one of its named plaintiffs, Nir Hoftman, are directly at issue in this litigation.

Here, the United States of America brings this action pursuant to Sections 706 and 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, (Title VII) against the Regents of the University of California to redress violations of Title VII at UCLA based on race, religion, and national origin discrimination in connection with severe and pervasive antisemitism on the UCLA campus.

Accordingly, the related cases, involving pervasive antisemitism on the UCLA campus, arise from the same or a closely related transaction, happening, or event.

| | |
|---|---|
| Dated: February 24, 2026 | Respectfully submitted,<br><br>HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br>JESUS A. OSETE<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division<br>ERIC SELL<br>Deputy Assistant Attorney General<br>Civil Rights Division<br>JEFFREY MORRISON<br>Acting Chief, Employment Litigation Section<br><br>　　*/s/ Carl D. Wasserman*<br>HILARY PINION<br>Acting Principal Deputy Chief<br>CARL D. WASSERMAN<br>Trial Attorney<br>BESA BUCAJ<br>Trial Attorney<br>Employment Litigation Section<br>Civil Rights Division<br><br>TODD BLANCHE<br>Deputy Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br><br>　　*/s/ Julie A. Hamill*<br>JULIE A. HAMILL<br>Assistant United States Attorney<br><br>*Attorneys for Plaintiff*<br>*United States of America* |

3