ADAM KARR (S.B. #212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

K. LEE BLALACK II (*pro hac vice*)
lblalack@omm.com
MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NATASHA TELEANU (*pro hac vice*)
nteleanu@omm.com
JENNIFER SOKOLER (*pro hac vice*)
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant
The Regents of the University of California*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:26-cv-01946-CAS-AS<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PROSPECTIVE INTERVENOR PLAINTIFFS' MOTION TO INTERVENE AS PLAINTIFFS [ECF NO. 22]**<br><br>Judge:          Hon. Christina A. Snyder<br>Courtroom:   8D<br>Date of Filing: April 27, 2026 |

Pursuant to Local Rule 7-9, Defendant The Regents of the University of California hereby informs the Court by written statement that it takes no position on, and therefore does not oppose, the Motion to Intervene filed by Kira Stein, Vivien Burt, Nir Hoftman, Ian Holloway, Sarah Blenner, Kamran Shamsa, and Ron Avi Astor on April 14, 2026.  ECF No. 22.

Dated:  April 27, 2026          Respectfully submitted,

By:     /s/ Adam Karr

ADAM KARR (S.B. #212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

K. LEE BLALACK II (*pro hac vice*)
lblalack@omm.com
MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NATASHA TELEANU (*pro hac vice*)
nteleanu@omm.com
JENNIFER SOKOLER (*pro hac vice*)
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

-1-

DEFENDANT'S STATEMENT OF
NON-OPPOSITION TO
INTERVENTION MOTION
CASE NO. 2:26-cv-01946-CAS-AS