**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendants. | Case No. 2:26-cv-01946-CAS-ASx<br><br>**ORDER ENTERING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINTS AND SET COORDINATED BRIEFING SCHEDULE**<br><br>Judge:           Hon. Christina A. Snyder<br>Courtroom:    8D<br>Date of Filing:  June 2, 2026 |

**ORDER**

On June 2, 2026, the Parties filed a joint stipulation to extend Defendant's response deadlines and set a coordinated briefing schedule. ECF No. 53. The Court, having considered the Parties' joint stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. Defendant's deadline to respond to the Complaints filed by the United States and the Intervenor Plaintiffs shall be July 17, 2026.

2. If Defendant responds to the Complaints by motion, Plaintiffs' opposition briefs shall be due August 28, 2026, Defendant's reply briefs shall be due September

25, 2026, and Defendant shall notice the motion for hearing on October 19, 2026 at 10:00 a.m.

3.  This Order hereby supersedes the Court's prior April 17, 2026 Order.  ECF No. 47.


DATED: June 2, 2026

_Christina A. Snyde_

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ENTERING
PARTIES' STIP.
CASE NO. 2:26-CV-01946-CAS-AS