ADAM KARR (Cal. Bar No. 212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

K. LEE BLALACK II (*pro hac vice*)
lblalack@omm.com
MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NATASHA TELEANU (*pro hac vice*)
nteleanu@omm.com
JENNIFER SOKOLER (*pro hac vice*)
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
*The Regents of the University of California*
[Counsel for Plaintiffs on Next Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:26-cv-01946-CAS-AS<br><br>**JOINT STIPULATION TO PERMIT DEFENDANT TO FILE A CONSOLIDATED BRIEF IN SUPPORT OF ITS MOTIONS TO DISMISS COMPLAINTS AND FOR EXPANSION OF WORD LIMIT**<br><br>Judge:　　　　Hon. Christina A. Snyder<br>Courtroom:　　8D<br>Date of Filing: June 29, 2026 |

JOHN B. THOMAS (Cal. Bar No. 269538)
jthomas@hicks-thomas.com
BRADLEY A. BENBROOK (Cal. Bar No. 177786)
bbenbrook@hicks-thomas.com
HICKS THOMAS LLP
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
Telephone: (916) 447-4900

JASON B. TORCHINSKY (*pro hac vice*)
jtorchinsky@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
Telephone: (202) 737-8808

ANDREW GOULD (*pro hac vice*)
agould@holtzmanvogel.com
LINLEY WILSON (*pro hac vice*)
lwilson@holtzmanvogel.com
ERICA LEAVITT (*pro hac vice*)
eleavitt@holtzmanvogel.com
ALEXANDRIA SAQUELLA (*pro hac vice*)
asaquella@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2555 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 388-1262

*Attorneys for Intervenor Plaintiffs*

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General, Civil Rights Division
ERIC SELL
Deputy Assistant Attorney General, Civil Rights Division
JEFFREY MORRISON
Deputy Assistant Attorney General, Civil Rights Division
HILARY PINION
Acting Chief, Employment Litigation Section
CARL D. WASSERMAN (DC Bar No. 459038)
Trial Attorney, Employment Litigation Section
BESA BUCAJ
Trial Attorney, Employment Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 702-8186
Carl.Wasserman2@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
Julie.Hamill@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

Plaintiffs Kira Stein, Vivien Burt, Nir Hoftman, Ian Holloway, Sarah Blenner, Kamran Shamsa, and Ron Avi Astor ("Intervenor Plaintiffs"), Plaintiff the United States of America ("United States") (together, the "Plaintiffs"), and Defendant The Regents of the University of California ("Defendant") (collectively, the "Parties") hereby submit the following Stipulation to permit Defendant to file a single consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs that may contain up to 15,000 words.

**WHEREAS**, the United States initiated this action on February 24, 2026, by filing its Complaint against Defendant. ECF No. 1.

**WHEREAS,** on April 14, 2026, Intervenor Plaintiffs filed a Motion to Intervene in this action. ECF No. 22.

**WHEREAS,** on April 17, 2026, the Court approved a joint stipulation between the United States and Defendant to extend Defendant's time to respond to the United States' Complaint and set a briefing schedule. ECF No. 47.

**WHEREAS,** on May 14, 2026, the Court granted Intervenor Plaintiffs' Motion to Intervene. ECF No. 51.

**WHEREAS,** on May 19, 2026, Intervenor Plaintiffs filed their Complaint against Defendant. ECF No. 52.

**WHEREAS,** on June 2, 2026, the Court approved a joint stipulation between the United States, Intervenor Plaintiffs, and Defendant to coordinate briefing schedules and extend Defendant's time to respond to the Plaintiffs' Complaints to July 17, 2026. ECF No. 54.

**WHEREAS,** the United States' Complaint is 81 pages in length and the Intervenor Plaintiffs' Complaint is 124 pages in length.

**WHEREAS,** seven Intervenor Plaintiffs bring separate claims against Defendant.

-1-

**WHEREAS,** under Local Rule 11-6.1, no pretrial brief may exceed 7,000 words.  Local Rule 11-6.1.

**WHEREAS,** absent consolidation, Defendant would ordinarily be permitted to file two separate briefs, each subject to the 7,000-word limit, in support of its Motions to Dismiss the Plaintiffs' two Complaints.  Local Rule 11-6.1.

**WHEREAS,** in the interest of efficiency, the Parties have agreed that Defendant may file a single consolidated brief that may contain up to 15,000 words in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs.

**THEREFORE**, the Parties **STIPULATE** that:

1.  Defendant may file a single consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and the Intervenor Plaintiffs.

2.  Defendant's consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs may exceed the otherwise applicable 7,000-word limit but shall not exceed 15,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

-2-

JOINT STIPULATION RE
CONSOLIDATED BRIEFING
AND WORD-LIMIT
CASE NO. 2:26-cv-01946-CAS-AS

Respectfully submitted,

Dated:  June 29, 2026          By:      /s/ Adam Karr
                                        Adam Karr
                                        *Attorney for Defendant*

Dated:  June 29, 2026                    /s/ Carl D. Wasserman
                                        Carl D. Wasserman
                                        *Attorney for the United States*

Dated:  June 29, 2026                    /s/ John B. Thomas
                                        John B. Thomas
                                        *Attorney for Intervenor Plaintiffs*

-3-

JOINT STIPULATION RE
CONSOLIDATED BRIEFING
AND WORD-LIMIT
CASE NO. 2:26-cv-01946-CAS-AS

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatures listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 29, 2026                    Respectfully submitted,

                                         By:      */s/ Adam Karr*  _____
                                                  Adam Karr
                                                  *Attorney for Defendant*

-4-