**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendants. | Case No. 2:26-cv-01946-CAS-ASx<br><br>**ORDER ENTERING JOINT STIPULATION TO PERMIT DEFENDANT TO FILE A CONSOLIDATED BRIEF IN SUPPORT OF ITS MOTIONS TO DISMISS COMPLAINTS AND FOR EXPANSION OF WORD LIMIT**<br><br>Judge:          Hon. Christina A. Snyder<br>Courtroom:    8D<br>Date of Filing:  June 29, 2026 |

**ORDER**

On June 29, 2026, the Parties filed a joint stipulation to permit Defendant to file a single consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs that may contain up to 15,000 words. ECF No. 57. The Court, having considered the Parties' joint stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

///

[PROPOSED] ORDER ENTERING
PARTIES' STIP.
CASE NO. 2:26-CV-01946-CAS-AS

1. Defendant may file a single consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs.

2. Defendant's consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs may exceed the otherwise applicable 7,000-word limit but shall not exceed 15,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED.**

DATED: June 30, 2026

_Christina A. Snyder_

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ENTERING
PARTIES' STIP.
CASE NO. 2:26-CV-01946-CAS-AS