# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　Defendants. | Case No. 2:26-cv-01946-CAS-ASx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY RESPONSE DEADLINE AND BRIEFING SCHEDULE**<br><br>Judge:　　　Hon. Christina A. Snyder<br>Courtroom:　8D<br>Date of Filing: July 10, 2026 |

## ORDER

On July 10, 2026, the Parties filed a joint stipulation to stay Defendant's deadline to respond to the Plaintiffs' Complaints and the current briefing schedule. ECF No. 59. The Court, having considered the Parties' joint stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. All dates and deadlines currently set in this action, including without limitation, the July 17, 2026 deadline for Defendant to respond to the Complaint, *see* ECF No. 54, are **VACATED**.

2. The Intervenor Plaintiffs shall file their amended complaint by September 11, 2026.

3. Thereafter, the Parties shall promptly meet and confer to determine an appropriate response deadline and briefing schedule related to the filing of the amended complaint, and shall thereafter submit stipulation with a proposed schedule to the Court by September 18, 2026.

IT IS SO ORDERED.

DATED: July 10, 2026

_Christina A. Snyder_

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-1-

ORDER ENTERING PARTIES' STIP.
CASE NO. 2:26-CV-01946-CAS-AS