**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:26-CV-01946 CAS (ASx) |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [66] |
| Defendant(s) | |

[X] The Court hereby orders that the request of:  Kira Stein, Vivien Burt, Nir Hoftman, Sarah Uzan, Kamran Shamsa, Ian Holloway and Ron Avi Astor       [ ] Plaintiff  [ ] Defendant  [x] Other  Intervenor Plaintiffs
*Name of Party*

[ ] to substitute  Michael A. Sherman                                                  who is

[x] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

15260 Ventura Blvd. 21st Floor

Sherman Oaks, CA 91403            *Street Address*    masherman@stubbsalderton.com
*City, State, Zip*                                              *E-Mail Address*

818-631-9109                                                  94783
*Telephone Number*          *Fax Number*            *State Bar Number*

as attorney of record instead of  Bradley A. Benbrook and John B. Thomas

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** [X] **GRANTED**  [ ] **DENIED**

[X] The Court hereby orders that the request of  Bradley A. Benbrook and John B. Thomas

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Intervenor Plaintiffs
**is hereby** [X] **GRANTED** [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  August 11, 2026

*Christine A. Snyde*
U. S. District Judge

G–01 ORDER (02/24)       **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**