ADAM KARR (Cal. Bar No. 212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

K. LEE BLALACK II (*pro hac vice*)
lblalack@omm.com
MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NATASHA TELEANU (*pro hac vice*)
nteleanu@omm.com
JENNIFER SOKOLER (*pro hac vice*)
jsokoler@omm.com
ANTON METLITSKY (*pro hac vice*)
ametlitsky@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
*The Regents of the University of California*
[Counsel for Plaintiffs on Next Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Defendant.

Case No. 2:26-cv-01946-CAS-AS

**JOINT STIPULATION TO SET RESPONSE DEADLINE AND BRIEFING SCHEDULE**

Judge: Hon. Christina A. Snyder
Courtroom: 8D
Date of Filing: September 18, 2026

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division
JEFFREY MORRISON
Deputy Assistant Attorney General
Civil Rights Division
HILARY PINION
Chief, Employment Litigation Section
CARL D. WASSERMAN (DC Bar No. 459038)
Trial Attorney, Employment Litigation Section
BESA BUCAJ
Trial Attorney, Employment Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 702-8186
Carl.Wasserman2@usdoj.gov

TRENT MCCOTTER
Acting Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012
(213)894-2464
Julie.Hamill@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

ANDREW GOULD (*pro hac vice*)
agould@holtzmanvogel.com
ERICA LEAVITT (*pro hac vice*)
eleavitt@holtzmanvogel.com
ALEXANDRIA SAQUELLA (*pro hac vice*)
asaquella@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2555 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 388-1262

JASON B. TORCHINSKY (*pro hac vice*)
jtorchinsky@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
Telephone: (202) 737-8808

RICHARD A. ROSEN (*pro hac vice*)
rrosen@brandeiscenter.com
RACHEL G. BALABAN (*pro hac vice*)
rbalaban@brandeiscenter.com
EVAN J. GOTTSTEIN (*pro hac vice*)
egottstein@brandeiscenter.com
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1375 Broadway, 13th Floor
New York, NY 10019
Telephone: (877) 600-3532

MICHAEL A. SHERMAN (Cal. Bar No. 94783)
masherman@stubbsalderton.com
LAW OFFICES OF MICHAEL A.
SHERMAN
15260 Ventura Blvd., 21st Floor
Sherman Oaks, CA 91403
Telephone: (818) 631-9109

*Attorneys for Intervenor Plaintiffs*

Plaintiff the United States of America ("United States"), Plaintiffs Kira Stein, Vivien Burt, Nir Hoftman, Ian Holloway, Sarah Blenner, Kamran Shamsa, and Ron Avi Astor ("Intervenor Plaintiffs") (together, the "Plaintiffs"), and Defendant The Regents of the University of California ("Defendant") (collectively, the "Parties") hereby submit the following stipulation to set a briefing schedule and Defendant's deadline to respond to Plaintiffs' Complaints, pursuant to the Court's July 10, 2026 order, ECF No. 60.

**WHEREAS**, the United States initiated this action on February 24, 2026, by filing its Complaint against Defendant. ECF No. 1.

**WHEREAS**, on May 14, 2026, the Court granted Intervenor Plaintiffs' Motion to Intervene. ECF No. 51.

**WHEREAS**, on May 19, 2026, Intervenor Plaintiffs filed their Complaint against Defendant. ECF No. 52.

**WHEREAS**, on June 30, 2026, the Court approved a joint stipulation between the Parties to permit Defendant to file a single consolidated brief in support of its Motions to Dismiss the Complaints filed by the United States and Intervenor Plaintiffs not exceeding 15,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits. ECF No. 58.

**WHEREAS**, on July 10, 2026, the Court approved a joint stipulation between the Parties that stayed all deadlines in the case, set a September 11, 2026 deadline for Intervenor Plaintiffs to file an amended complaint, and required the Parties to submit a stipulation with a proposed schedule to the Court by September 18, 2026. ECF No. 60.

**WHEREAS**, on September 11, 2026, Intervenor Plaintiffs filed a First Amended Complaint ("FAC") against Defendant. ECF No. 74.

**WHEREAS**, the Parties met and conferred on September 17, 2026, to determine an appropriate response deadline and briefing schedule following the filing of the FAC.

**NOW, THEREFORE**, the Parties **STIPULATE** that:

1. Defendant's deadline to respond to the Complaint filed by the United States and the FAC filed by Intervenor Plaintiffs shall be October 26, 2026.

2. If Defendant responds to the Complaints via motion, Plaintiffs' oppositions shall be due December 14, 2026, Defendant's replies shall be due January 14, 2027, and Defendant shall request a hearing date on the motions for February 1, 2027, at 10:00 a.m., or the soonest date thereafter subject to the Court's availability.

3. Defendant may file a single consolidated brief in support of its Motions to Dismiss the Complaint filed by the United States and the FAC filed by Intervenor Plaintiffs, consistent with the terms set forth in the Court's June 30, 2026 order. ECF No. 58.

Respectfully submitted,

Dated: September 18, 2026 By: */s/ Adam Karr*
Adam Karr
*Attorney for Defendant*

Dated: September 18, 2026 */s/ Carl D. Wasserman*
Carl D. Wasserman
*Attorney for the United States*

Dated: September 18, 2026 */s/ Andrew W. Gould*
Andrew W. Gould
*Attorney for Intervenor Plaintiffs*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatures listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 18, 2026

Respectfully submitted,

By: */s/ Adam Karr*
Adam Karr
*Attorney for Defendant*