**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>Defendants. | Case No. 2:26-cv-01946-CAS-AS<br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET RESPONSE DEADLINE AND BRIEFING SCHEDULE**<br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D<br>Date of Filing: September 18, 2026 |

# [PROPOSED] ORDER

On September 18, 2026, Plaintiff the United States of America ("United States"), Plaintiffs Kira Stein, Vivien Burt, Nir Hoftman, Ian Holloway, Sarah Blenner, Kamran Shamsa, and Ron Avi Astor ("Intervenor Plaintiffs") (together, the "Plaintiffs"), and Defendant The Regents of the University of California ("Defendant") (collectively, the "Parties") filed a joint stipulation pursuant to the Court's July 10, 2026 order, *see* ECF No. 60, to set Defendant's deadline to respond to the Plaintiffs' Complaints and a briefing schedule. ECF No. 75. The Court, having considered the Parties' joint stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. Defendant's deadline to respond to the Complaint filed by the United States and the First Amended Complaint ("FAC") filed by Intervenor Plaintiffs shall be October 26, 2026.

2. If Defendant responds to the Complaints via motion, Plaintiffs' oppositions shall be due December 14, 2026, Defendant's replies shall be due January 14, 2027, and Defendant shall request a hearing date on the motions for February 1, 2027, at 10:00 a.m., or the soonest date thereafter subject to the Court's availability.

3. Defendant may file a single consolidated brief in support of its Motions to Dismiss the Complaint filed by the United States and the FAC filed by Intervenor Plaintiffs, consistent with the terms set forth in the Court's June 30, 2026 order. ECF No. 58.

DATED: ____________________

______________________________
Hon. Christina A. Snyder
United States District Judge