TODD BLANCHE
Attorney General
HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division
JEFFREY MORRISON
Deputy Assistant Attorney General
Civil Rights Division
HILARY PINION
Chief, Employment Litigation Section
CARL D. WASSERMAN (D.C. Bar No. 459038)
Trial Attorney, Employment Litigation Section
Carl.Wasserman2@usdoj.gov
BESA BUCAJ (Va. Bar No. 99276)
Trial Attorney, Employment Litigation Section
Besa.Bucaj@usdoj.gov
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 802-4543

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
Julie.Hamill@usdoj.gov
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012
(213) 894-2464

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>*Defendant*. | Case No. 2:26-cv-01946-CAS-AS<br>**NOTICE OF NON-OBJECTION**<br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

Pursuant to the Court's October 22, 2026, status conference instructions and docket order (ECF 78), the United States hereby notifies the Court that no party objects to the Court's October 22, 2026, disclosures.

Date: November 5, 2026

BILAL A. ESSAYLI
First Assistant United States Attorney

/s/ Julie A. Hamill
JULIE A. HAMILL
Assistant United States Attorney
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012
(213) 894-2464
Julie.Hamill@usdoj.gov
United States Attorney's Office for the
Central District of California

Respectfully submitted,

TODD BLANCHE
Attorney General

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

JEFFREY MORRISON
Deputy Assistant Attorney General
Civil Rights Division

HILARY PINION
Chief, Employment Litigation Section

/s/ Besa Bucaj
CARL D. WASSERMAN
Trial Attorney
BESA BUCAJ
Trial Attorney
Civil Rights Division
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 802-4543
Besa.Bucaj@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*